UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAJESHWAR SINGH YADAV,

                           Plaintiffs,         **ORDER**
                                                             CV 09-5645 (SJF)(ARL)

        -against-

BROOKHAVEN NATIONAL LABORATORY,
BROOKHAVEN SCIENCE ASSOCIATES,
MICHAEL HOLLAND, DR. SAMUEL ARONSON,
MICHAEL BEBON, LANNY BATES, EDWARD
MURPHY, THOMAS TIMKO, JOHN DINICOLA,
GARRY OLSON, SUSAN FOSTER and MICHAEL
GOLDMAN, in their individual and official capacities,

                           Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      The undersigned has issued a report and recommendation, dated October 19, 2010 in the above referenced case. Accordingly, the pretrial scheduling order is stayed pending a decision by the District Judge,

Dated: Central Islip, New York                       **SO ORDERED:**
       August 30, 2010

                                                             _____/s/_____
                                                              ARLENE ROSARIO LINDSAY
                                                              United States Magistrate Judge